UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.  4:20 CR 360 HEA/DDN |
| | ) |
| **MOROCCO THOMPSON-BEY,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO CALL A WITNESS IN SUPPORT OF THE PREVIOULSY FILED DETENTION MOTION

COMES NOW the United States of America, by and through Jeffrey B. Jensen, the United States Attorney for the Eastern District of Missouri and Thomas J. Mehan and Chris Goeke, Assistant United States Attorneys for said district, and files this notice of its intent to call Deputy Marshal Drew Polan in support of the previously filed Detention Motion, Doc. 24, for the purpose of establishing that, among other things, the Defendant is a flight risk.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas J. Mehan
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The above signed hereby certifies that a copy of the above was served via this Court's electronic filing system upon counsel of record on December 4, 2020.

/s/ Thomas J. Mehan
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney